UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>JOHN L. WORTHING, et al.,<br><br>   Defendants. | Case No. 5:22-cv-00614-EJD<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION REQUESTING EXTENSION OF TIME TO COMPLETE SERVICE**<br><br>Re: Dkt. No. 12 |

Plaintiff Scott Johnson filed this action alleging violation of the Americans with Disabilities Act on January 20, 2022 against Defendants John L. Worthing and Margaret L. Worthing. Dkt. No. 1. Summons issued on January 31, 2022. Dkt. No. 6.

On March 24, 2022, Johnson filed an administrative motion requesting an extension of time to complete service on Defendants. Dkt. No. 12. Federal Rule of Civil Procedure 4(m) requires service of process on a defendant within 90 days after the complaint is filed but permits extensions of time where a plaintiff demonstrates good cause. Fed. R. Civ. P. 4(m).

The Court finds that Johnson has failed to show good cause for an extension. First, Johnson's deadline to serve Defendants is not until April 30, 2022—90 days from the filing of the complaint on January 30, 2022. Second, Johnson's motion refers to the COVID-19 outbreak causing courts to not function "at their full capacity at this time" and "shelter-in-place" restrictions within the Northern District as reasons he has been unable to effect personal service at this time. Dkt. No. 11 at 1–2. However, the accompanying declaration of Zachary Best provides no factual explanation of how COVID-19 or local conditions frustrated Johnson's attempts to serve

Case No.: 5:22-cv-00614-EJD
ORDER DENYING W/O PREJ. ADMIN. MOT. FOR EXT. OF TIME TO COMPLETE SERV.
1

Defendants. *See* Dkt. No. 12-1. Indeed, the fact that Johnson had a process server attempt personal service five times would appear to contradict that assertion. Dkt. No. 12-1, Ex. 1. Third, Johnson seeks an extension of 90 days to serve Defendants, but that lengthy period of time is not justified where he "anticipates that service upon Defendant can be completed shortly." Dkt. No. 12 at 2.

Accordingly, the Court DENIES the motion for lack of good cause. Johnson may renew his motion should he still prove unable to serve Defendants by the original Rule 4(m) deadline of April 30, 2022.

**IT IS SO ORDERED.**

Dated: March 25, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-00614-EJD
ORDER DENYING W/O PREJ. ADMIN. MOT. FOR EXT. OF TIME TO COMPLETE SERV.
2